

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2020

No. 04-19-00812-CV

Ken **Kinsey,**
Appellant

v.

**AL GLOBAL SERVICES, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

After this court granted three extensions totaling fifty (50) days, appellee's brief in this appeal was due on April 2, 2020. On April 3, 2020, appellee filed a brief, a fourth unopposed motion for a one-day extension of time to file the brief, and an unopposed motion for leave to file a brief exceeding the word count limit by 5,932 words. The motions are GRANTED. It is ORDERED that appellee's brief filed April 3, 2020 is accepted as filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court